ELEANOR DALTON v. COSTES DRITRAS, as President, and SAM KRAMBERG, as Treasurer, of Cafeteria Employees Union, Local 302.—

Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

LASZLO TELKES v. HUNGARIAN NATIONAL MUSEUM.—

Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Arbitration Between ADOLPH WEINSTEIN and ALBERT S. FRANKEL, Doing Business under the Name of ANGLO-AMERICAN HIDES COMPANY, Individually and for ADOLFO SCHON et al.—

Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

MABEL E. W. BOGERT v. HORACE W. WATTS.—

Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Arbitration Between ARTHUR M. WIRTZ et al. and LEVERNE BUSHER.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ROSE WYGOD et al. v. MAKEWELL HATS, INC., et al.—

Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

LEOPOLD MANNABERG v. ELY CULBERTSON et al., Impleaded with Others.—

Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

(January 22, 1943.)

BOYD V. WATSON et al., Appellants, v. THE PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Respondent, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

BANK OF YORKTOWN, Appellant, v. SIGMUND PINES, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ARONOW BROS., INC., Respondent, v. UNITED STATES CASUALTY COMPANY, Respondent, and THE ÆTNA CASUALTY AND SURETY COMPANY, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.